UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| SANTIAGO ABREU, | ) |
| Plaintiff, | ) Case No. 2:16-cv-00268 |
| vs. | ) Hon. Joseph S Van Bokkelen |
| LINDA B. ANGELL, INC., | ) Magistrate Judge Paul R Cherry |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff and defendant stipulate to the dismissal of this action with prejudice and without costs or fees to either party.

Respectfully Submitted,

/s/ George T. Blackmore                          /s/ Robert F. Peters

George T. Blackmore                              Robert F. Peters
CHASTAIN & AFSHARI, LLP                          Lucas, Holcomb & Medrea, LLP
21411 Civic Center Drive, Suite 200              300 E 90th Drive
Southfield, MI 48076                             Merrillville, IN 46410
T: (248) 845-8594                                Phone: 219.769.3561
F: (480) 999-0665                                Fax: 219.756.7409
E: george@cnalawgroup.com                        E: rpeters@lhmlaw.com
*Attorney for Plaintiff*                         *Attorney for Defendant*

Date: August 10, 2017

1